AO 442 (Rev. 12/85) Warrant for Arrest   ALSA Mitrani   FBI S/A John C. Jones   (305) 787-6281

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   476536

UNITED STATES OF AMERICA

v.

JOHN MINIX

**WARRANT FOR ARREST**

CASE NUMBER: 00-6119

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN MINIX__
                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly and intentionally conspiring to possess with the intent to distribute marijuana and Knowingly and intentionally possessing with the intent to distribute marijuana

in violation of Title __21__ United States Code, Section(s) 841(a)(1) and 846

CLARENCE MADDOX                                     COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

_[signature]_                                       May 11, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                        Date and Location

Bail fixed at $ 50,000 Corporate Surety w/ Nebbia   BARRY S. SELTZER   _[signature]_
                                                    by UNITED STATES MAGISTRATE JUDGE
                                                    Name of Judicial Officer

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, Fl ||||
| DATE RECEIVED<br>5/11/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
| DATE OF ARREST<br>5/16/2000 | FOR: DEA | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ___JOHN MINIX_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS_____ Drug Enforcement Administration _____
_____