| | | | |
|---|---|---|---|
| DEFT: | John Minix (J)# | CASE NO: | 00-6119-CR-~~Ferguson~~ WJZ |
| AUSA: | Bertha Mitrani *present* | ATTNY: | |
| AGENT: | | VIOL: | 21:841, 846, 952, 963 |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 Corp. Surety w/ nebb |

BOND HEARING HELD - yes/no          COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.G. /
MAY 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(possible Mimmy Vazquez)

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
____ Electronic Monitoring

J - advised of charges
J - sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTS/BOND HEARING: | 5-17-00 | 11:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 5-17-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 5-16-00   TIME: 11:00am   TAPE # 00-L41   PG # 8

500 -105 (

26