MAY 1 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-Ferguson

UNITED STATES OF AMERICA

vs

John Minix

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT: Address: SEE BOND

Telephone: _____

DEFENSE COUNSEL: Name: Manuel VAZQUEZ

Address: _____

Telephone: _____

BOND SET/~~CONTINUED~~: $ 100,000 PSB

Bond hearing held: yes __x__ no ____ Bond hearing set for _____

Dated this __17__ day of __May__, 20_00_.

CLARENCE MADDOX
COURT /ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-042

cc: Clerk for Judge
    U. S. Attorney