UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6119-CR-Ferguson__

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

  John Minix

    Defendant.

_____/

### ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
### OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of $1000 on or before August 17, 2000 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further **ORDERED** that a status conference on reimbursement will be held on August 29, 2000 at 11:00 (a.m.)/p.m.

DONE AND ORDERED at Ft Lauderdale, Florida this 17 day of May, 2000.

                                                                UNITED STATES MAGISTRATE JUDGE

TAPE NO.

c:    AUSA
      Defense Counsel *Manny Vasquez*
      Financial Section
      Pretrial Services
      U.S. Marshal