| | | | |
|---|---|---|---|
| DEFT: | John Minix (J)# | CASE NO: | 00-6119-CR-Ferguson |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Stuart Adelstein (efa) / Manuel Vazquez *present* |
| AGENT: | | VIOL: | |

PROCEEDING: Bond Hearing/Arraignment   BOND REC: ___

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___

BOND SET @ $100,000 PSB

CO-SIGNATURES: wife & sister on bail

SPECIAL CONDITIONS:

FILED by ___ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms: — surr guns to another by Monday
10) Curfew: ___
11) Travel extended to: SD/FL
12) ___ Halfway House
    ___ Electronic Monitoring
Reside at current address; no illegal drugs or excess alcohol

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Partially indigent
$1000 into
Reg o/r ct
w/90 day

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE:
INQUIRY RE COUNSEL: Status reporting indigence | 8-29-00 | 11:00am | BSS
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 5-31-00 w/co defts   11:00am   Snow

DATE: 5-17-00   TIME: 11:00am   TAPE # 00-642   PG # 14

1500-1594
2380 2749

35