**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

00 JUN 27 PM 2:40

UNITED STATES OF AMERICA,          CASE NO.: 00-6119-CR-ZLOCH
S.D. OF FLA.-FTL

    Plaintiff,

Vs.

GREGORY PILLOCK, LAWRENCE
LONDON, WILLIAM MOCCIA, TERRILL
MYERS, ERIK JOHNSON, ROD STIDHAM,
And JOHN MINIX,

    Defendants,
_____/

### EMERGENCY MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE DISTRICT

The Defendant, JOHN MINIX files this his MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE DISTRICT and says:

1. The Defendant's daughter is beginning college at the University of Florida June 29, 2000.

2. The Defendant needs to travel to Gainesville, Florida periodically to attend to and support his daughter, who is living away from home for the first time.

3. Pretrial services and Bertha Mitrani, Assistant United States Attorney do not object to this request.


100

WHEREFORE the Defendant, JOHN MINIX, prays for an Order permitting him to travel outside the District throughout the State of Florida.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail on June 27, 2000 to Bertha Mitrani, Esquire, Assistant United States Attorney, 299 East Broward Blvd., Ft. Lauderdale, FL 33301; Herbert Cohen, Esq., 200 S.E. 6th Street, Suite 205, Ft. Lauderdale, FL 33301, Neal Schuster, Esq., 407 Lincoln Road, Suite 11B, Miami Beach, FL 33139, Bruce Fleischer, Esq., 2665 S. Bayshore Drive. Suite 1206, Miami, FL 33133; Daryl Wilcox, Esq., 150 East Flagler St., Suite 1700, Miami, FL 33131, Stuart Adelstein, Esq., 1435 S. Miami Avenue, Miami, FL 33130; and Alvin E. Entin Esq., 200 East Broward Blvd., Suite 1210, Ft. Lauderdale, FL 33301.

MANUEL VAZQUEZ, P.A.
2655 LeJeune Road, Suite 502
Coral Gables, FL 33134
Telephone: 305-445-2344

By: _/s/ Manuel Vazquez_
Manuel Vazquez, Esq.
Fla. Bar No.: 132826