UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.:00-6119-CR-ZLOCH

   Plaintiff,

Vs.

GREGORY PILLOCK, LAWRENCE
LONDON, WILLIAM MOCCIA, TERRILL
MYERS, ERIK JOHNSON, ROD STIDHAM,
And JOHN MIX, MINIX

   Defendants,
_____/

## ORDER

This case was heard on the Defendant's Motion for Permission to travel and after being advised in the premises it is hereby,

ORDERED AND ADJUDGED that,

The Motion is granted, the Defendant B&S John Minix is authorized to travel to travel outside the District limited to the State of Florida during the pendency of this case.

DONE and ORDERED in Chambers at Ft. Lauderdale, Florida this 27th day of June, 2000.

By: _____
    ~~District Court~~ Magistrate Judge

Cc:  Bertha Mitrani, Esq.
     Manuel Vazquez, Esq.

/106