UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

v.

JOHN MINIX

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.                  DATE & TIME:
FT. LAUDERDALE, FL 33301              August 14, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: July 27, 2000

cc:
Bertha Mitrani, Esq., AUSA
Manuel Vazquez, Esq.