DEFT: John Minix (B)    CASE NO: 00-6119-CR-Zloch (s)
AUSA: Bertha Mitrani /Chase/    ATTNY: Manuel Vasquez /present/
AGENT: ___    VIOL: ___
PROCEEDING: Arraignment on SS Indictment    BOND REC: ___
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___
BOND SET @ ___

FILED by ___ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: Status re partial /reset/ indigence    9-25-00    11:00 am    BSS
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 8-11-00    TIME: 11:00am    TAPE # 00-067    PG # 
40-180