UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
AUG 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch    DATE 8-14-00
CLERK Carline Neesby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. John Minix

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Manuel Vazquez

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to Count 4 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 4

JUDGMENT Deft entered a plea of guilty to Count 4 & Court accepted plea & Court adjudged deft guilty to Count 4

CASE CONTINUED TO 10-27-00    TIME 11:00    FOR Sentencing

MISC Written Plea Agreement

145