UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
AUG 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-Cr-Zloch  DATE 8-15-00
CLERK Carline Newby  REPORTER Carl Schiarielli
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. John Minix

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Manuel Vazquez

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING  Plea -

RESULT OF HEARING  Court covered Need plea agreement to correct maximum fines & penalties & took confession of deft again -

JUDGMENT  Court accepted plea -

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC _____

150