FILED by _____ D.C.
OCT 27 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-cr-Zloch   DATE 10-27-00
CLERK Carlina Newley   REPORTER Carl Schanzlec
PROBATION Kathryn Gomez   INTERPRETER ____

UNITED STATES OF AMERICA v. John Minix

U.S. ATTORNEY Kathleen Rice   DEFT COUNSEL Manuel Vazquez
for Bertha Mizrachi

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Court accepts stipulation between Court & deft re amount of drugs - Ct 4 - 12 months custody of BOP - 3 yrs supervised release - $100 assessment

JUDGMENT Spec Cands - Participate in Drug/Alcohol abuse program - File all past due Income Tax Returns & stay current - Execution of Sentence deferred until

CASE CONTINUED TO _____  TIME _____  FOR _____
on or near Nov 30, 2000 as to prison designated
MISC or U.S. Marshal in interim. -
Ct recommends facility in Florida.

185