DEFENDANT: JOHN MINIX
CASE NUMBER: 00-6119-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.

[xx] The court makes the following recommendations to the Bureau of Prisons:
a facility in Florida.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ a.m./p.m. on _____ .
   [ ] as notified by the United States Marshal.

[xx] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [xx] before 2 p.m. on noon November 30, 2000. If no facility has been designated, surrender to the U. S. Marshal in Miami, FL.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  11-30-00  to  FPC Eglin
at  Eglin AFB FL  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   LIC  Deputy U.S. Marshal

206